# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Booz Allen Hamilton, Inc. )
)
Under Contract Nos. SPO700-98-D-4002 )
SPO700-03-D-1380 )
DFT60-04-D-00013 )
H98230-04-C-0048 )
FA8903-05-D-8729 )
TIRNO-06-D-00026 )
W91QUZ-06-D-0019 )
W911SE-08-F-0103 )
GSOOT99ALD0202 )

ASBCA Nos. 59758, 59759, 59760
59761

APPEARANCE FOR THE APPELLANT:

Karen L. Manos, Esq.
Gibson, Dunn & Crutcher LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:

E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Kara M. Klaas, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 13 July 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59758, 59759, 59760, 59761, Appeals of Booz Allen & Hamilton Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals